United States District Court
Southern District of Texas
FILED

MAR - 1 2010

, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

IN RE: UNICORN CATTLE & RANCH CO.     CASE NO. 96-23487

DEBTOR     CHAPTER 12

### MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)

THE UNDERSIGNED TRUSTEE REPROTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: February 26, 2010

*[signature]*

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 Fax:(254) 853-3200

EXHIBIT A

Please check one:
　　____　　small dividends
　　_X_　　unclaimed dividends

| NAME | AMOUNT |
|---|---|
| Holland Cottonseed | $95.03 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

IN RE: **UNICORN CATTLE & RANCH CO.**   CASE NO. 96-23487
       **DEBTORS**   CHAPTER 12

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **UNICORN CATTLE & RANCH CO. CASE NO. 96-23487** by prepaid regular U.S. Mail on this 26th day of February 2010.

_____
M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

Unicorn Ranch & Cattle Co.
P.O. Box 330
Pattison, TX 77466

R. Kenneth Keim
State Bar Information
2777 Allen Parkway Ste. 480
Houston, TX 77019

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557

U.S. Trustee
606 N. Carancahua
Corpus Christi, TX 78476

Holland Cottonseed
HCR 62 Box 112
Big Spring, TX 77466